**No. 63725.**—Best Trading, Ltd., et al. *v.* United States, protests 58/20628, etc. (Honolulu).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of metal stoves similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiffs was sustained.

**No. 63726.**—Meadows Wye & Co., Inc. *v.* United States, protest 58/19976 (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 63727.**—Oxford University Press, Inc. *v.* United States, protest 59/8578 (New York).

. Opinion by RAO, J. The protest was dismissed.

**No. 63728.**—Norso Trading Company, Inc. *v.* United States, protest 59/10711 (New York).

Opinion by RAO, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, JANUARY 21, 1960

**No. 63729.**—Naumes Forwarding Service *v.* United States, protest 229020–K/4939 (Chicago).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that item Nos. 4368 and 12264 consist of porcelain figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.